# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO T. ACHURRA, JR., <br>     Plaintiff(s), <br> v. <br> UNITED SERVICES AUTOMOBILE ASSOCIATION, <br>     Defendant(s). | Case No.: 2:20-cv-00546-APG-NJK <br><br> **Order** <br><br> [Docket No. 8] |

On July 22, 2020, Defendant filed a notice of intent to serve subpoena *duces tecum*. Docket No. 8. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).[1] No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

   IT IS SO ORDERED.

Dated: July 23, 2020

                                                                                 Nancy J. Koppe <br>
                                                                                 United States Magistrate Judge

---

[1] *See also* Fed. R. Civ. P. 45(a)(4) (notice of intent to serve a subpoena "must be <u>served</u> on each party" (emphasis added)).

1