# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO T. ACHURRA, JR., <br>    Plaintiff(s), <br> v. <br> UNITED SERVICES AUTOMOBILE ASSOCIATION, <br>    Defendant(s). | Case No.: 2:20-cv-00546-APG-NJK <br><br> **Order** |

This case appears to be similar to *Achurra v. United Services Automobile Association*, Case No. 2:20-cv-00110-RFB-NJK. To date, neither party has filed a notice of related cases pursuant to Local Rule 42-1(a). No later than July 30, 2020, each party must file either a notice of related cases or an explanation why such notice is not required under the local rules.

IT IS SO ORDERED.

Dated: July 23, 2020

_____
Nancy J. Koppe
United States Magistrate Judge